UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

JOSEPH VOLFMAN,

      Plaintiff,

    -against-

TANGIER, LLC d/b/a MACAO TRADING COMPANY
and 311 TRIBECA PROPERTY, LLC,

    Defendants.

―――――――――――――――――――――――――x

Civil Action No.

1:23-cv-11277-JMF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Volfman and Defendants Tangier, LLC d/b/a Macao Trading Co. and 311 Tribeca Property, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: April 17, 2024

By: _/s/ Andre Autz_

Andre Autz, Esq.
   *Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street
Brooklyn NY 11217
aautz@nacmiaslaw.com
917-602-6057

By: _/s/ Daniel Akselrod_

Daniel Akselrod
   *Attorney for Defendants*
Mandel Akselrod, P.C.
40 Exchange Place, Suite 1203
New York, NY 10005
(212) 668-1700
da@vmdalaw.com