**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————x

JOSEPH VOLFMAN,                                    Civil Action No.

                                                                  1:23-cv-11277-JMF

  Plaintiff,

          -against-

                                                                  **JOINT STIPULATION OF**
                                                                  **DISMISSAL WITH PREJUDICE**

TANGIER, LLC d/b/a MACAO TRADING COMPANY
and 311 TRIBECA PROPERTY, LLC,

  Defendants.

—————————————————————x

       Plaintiff Joseph Volfman and Defendants Tangier, LLC d/b/a Macao Trading Co. and 311

Tribeca Property, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and,

except as otherwise agreed in writing and signed by the parties in this action, each party shall bear

its respective fees and costs.

       Dated: April 17, 2024

By: _____            By: _____
                                                             Daniel Akselrod
    Andre Autz, Esq .                                *Attorney for Defendants*
    *Attorney for Plaintiff*                         Mandel Akselrod, P.C.
  Nacmias Law Firm, PLLC                     40 Exchange Place, Suite 1203
  592 Pacific Street                                 New York, NY 10005
  Brooklyn NY 11217                            (212) 668-1700
  aautz@nacmiaslaw.com                      da@vmdalaw.com
  917-602-6057

                                                             SO ORDERED.

                                                             April 18, 2024